# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ROBERT MALLORY, <br><br> Petitioner, <br><br> v. <br><br> SCOTT McEWEN, Warden, <br><br> Respondent. | Case No. SACV 11-1189-AG (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 28, 2012

                                                 ANDREW J. GUILFORD
                                                UNITED STATES DISTRICT JUDGE